# Court of Appeals
# of the State of Georgia

ATLANTA, __February 09, 2016__

*The Court of Appeals hereby passes the following order:*

## A16D0238. TERESA WITTINGHAM v. ANDREW G. WITTINGHAM.

Teresa Wittingham and Andrew Wittingham were divorced in 2007. Teresa subsequently filed a modification of support action. After three years of litigation, Teresa dismissed her petition. Andrew requested and was awarded attorney fees related to his defense of the action. Teresa then filed this application for discretionary appeal in this Court. We, however, lack jurisdiction.

The Supreme Court of Georgia has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008); see also *Williams v. Cooper*, 280 Ga. 145 (625 SE2d 754) (2006) (Supreme Court decided appeal from attorney fee award arising out of contempt proceeding to enforce a support obligation). As the underlying subject matter of this application is child support and/or alimony, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __02/09/2016__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*